Case: 1:25–cv–00808 JURY DEMAND
Assigned To : Cooper, Christopher R.
Assign. Date : 3/17/2025

Case #............   Description: Pro Se Gen. Civ. (F–DECK)

# FIRST AMENDMENT CIVIL ACTION

...............................

## In The United States District Court
## for the District of Columbia

DANIEL L POHLE, of-POHLE v PENCE 22-876

Petitioner.

V,

THE SUPREME COURT OF THE UNITED STATES BAR
and   THE CHIEF JUSTICE OF THE UNITED STATES
THE HONORABLE CHIEF JUSTICE JOHN G ROBERTS.

Respondents

-------------------------------------------

### CONSPIRACY AGAINST RIGHTS
### DEMAND FOR A JURY TRIAL

### GRIEVANCE

Comes now the Petitioner to charge that for two decades members of

the SCOTUS Bar and Chief Justice Roberts have been parties to a

"Financial Collusion Scheme" that created a culture of aversion against

Pro Se non-lawyer Petitioners in the SCOTUS.

After the Chief Justice and his wife had received about ten million

dollars from SCOTUS Bar members for help with job placement the

Chief Justice created SCOTUS Rule 28.8 which silenced the Pro Se non-

lawyer Petitioners thus creating more "Cash Flow" for the SCOTUS Bar

RECEIVED
Mail Room

MAR 17 2025

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

TO HELL with the 1st Amendment Right to Petition and U.S. Federal Law 28 USC 1654 giving not-lawyers access to all courts in the United States.

Daniel L Pohle is one such Pro Se Non-lawyer Petitioner in the SCOTUS.

POHLE v PENCE 22-876 having reached conference unopposed by both Indiana and the United States (Exhibit–A) and with Chief Justice . Roberts recused POHLE v PENCE froze in its tracks. Without the Chief Justice the other eight Justices were not even going to change the SCOTUS rules to proceed. The Petition was denied with the court clerk now illegally retaining a Petition for Rehearing.

The United States Department of Justice is now involved.

**United States Criminal Code 18 USC 242

**United States Criminal Code 18 USC 24I

18 USC 242 is known as "Deprivation of rights under cover of law".

18 USC 241 is known as "Conspiracy against rights".

Judges loose civil immunity when outside of their jurisdiction so the Chief Justice may not create an illegal and unconstitutional court rule with immunity just because he is the Chief Justice.

3

## REDRESS

The SCOTUS Bar and Chief Justice Roberts have joined the

Defendants in POHLE v PENCE in there "Doctrine of Lawfare" against

Daniel L Pohle.

Ten years of litigation to remove an International Trade Law

Judgement from a state small claims court takes a great toll on a

person both physically and financially and it should never happen to .

another person. The United States Supreme Court must be made

available to non-lawyers.   Period.

> Doctrine of Precedent —MARBURY v MADISON
> "every right, when withheld, must have a remedy"

Comes now the Petitioner with a Demand for Redress in the amount

of One Billion and One U.S. Dollars. $1,000,000,001.00, with the

judgement being a wake up call to all who dare to challenge the

Constitutional Rights and Intelligence of Non-Lawyers.

March. 1.3.2025

Daniel L Pohle—POHLE v PENCE 22-876
1280N GR500E
Butlerville, Indiana
47223
812-767-3545

Case #................................................

# FIRST AMENDMENT CIVIL ACTION

..................................

## In The United States District Court
## for the District of Columbia

DANIEL L POHLE, of-POHLE v PENCE 22-876

Petitioner.

V,

THE SUPREME COURT OF THE UNITED STATES BAR
and   THE CHIEF JUSTICE OF THE UNITED STATES
THE HONORABLE CHIEF JUSTICE JOHN G ROBERTS.

Respondents

### CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2025 I served copies of this
document to the parties below by the Certified US Mail.
So certified this 13th day of March, 2022

X

SCOTUS BAR
1 First St. NE
Washington DC
20543

The Honorable Chief Justice Roberts
1 First St. NE,
Washington DC
20543

RECEIVED
Mail Room

MAR 1 7 2025

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia