A-1

## The 1st Amendment to the United States Constitution

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and **to petition the Government for a redress of grievances**.

December 15, 1791

4



# .     28 U.S. Code § 1654 –

## Appearance personally or by counsel

- U.S. Code

In all courts of the United States the parties may plead and conduct their own cases personally or by counsel as, by the rules of such courts, respectively, are permitted to manage and conduct causes therein.

June 25, 1948

*5*

 EXHIBIT A.3

| | Search documents in this case: | Search |
|---|---|---|

## No. 22-876

| Title: | **Daniel L. Pohle,** Petitioner |
|---|---|
| | **v.** |
| | **Michael Pence, et al.** |
| Docketed: | March 14, 2023 |
| Linked with 22A380 | |
| Lower Ct: | United States Court of Appeals for the Seventh Circuit |
|   Case Numbers: | (21-3351) |
|   Decision Date: | July 25, 2022 |
|   Rehearing Denied: | August 23, 2022 |

| DATE | PROCEEDINGS AND ORDERS |
|---|---|
| Oct 31 2022 | Application (22A380) to extend the time to file a petition for a writ of certiorari from November 21, 2022 to January 20, 2023, submitted to Justice Barrett.<br><br>**Main Document**    **Lower Court Orders/Opinions**    **Proof of Service** |
| Nov 02 2022 | Application (22A380) granted by Justice Barrett extending the time to file until January 20, 2023. |
| Jan 18 2023 | Petition for a writ of certiorari filed. (Response due April 13, 2023)<br><br>**Petition**    **Certificate of Word Count**    **Proof of Service** |
| Apr 04 2023 | Waiver of right of respondent Michael R. Pence to respond filed.<br><br>**Main Document** |
| Apr 11 2023 | Waiver of right of respondent Joseph R. Biden, Jr., President of the United States, et al. to respond filed.<br><br>**Main Document** |
| Apr 19 2023 | DISTRIBUTED for Conference of 5/11/2023. |

20



A-4

No. *876*

In The

## SUPREME COURT of the UNITED STATES

> Supreme Court, U.S.
> FILED
> JAN 1 8 2023
> OFFICE OF THE CLERK

DANIEL L POHLE.

Petitioner,

v,

MICHAEL R. PENCE, BARACK OBAMA, JOE BIDEN,
HILLARY CLINTON, JOHN KERRY, JOHN BRENNAN,
ROBERT MUELLER, JAMES COMEY, CHRISTOPHER
WRAY, JOSHUA MINKLER, SIX UNKNOWN NAMED
AGENTS, and CHIEF JUSTICE JOHN G ROBERTS

Respondents

On Petition For A Writ Of Certiorari To
The United States Court Of Appeals
For The Seventh Circuit

PETITION FOR A WRIT OF CERTIORARI

DANIEL L POHLE
1280N CR500E
Butlerville, Indiana 47223
(812)-873-6349
Pro Se Petitioner

21

## QUESTIONS PRESENTED

1. Whether the President of the United States is bound by the Supremacy Clause of the United States Constitution to seek injunction against a Governor of a state who provides a venue for an International Corporation to litigate a sales contract dispute against a United States Corporation in violation of the United Nations Convention on Contracts for the International Sale of Goods. (CISG)

2. Whether the knowing and willful non-compliance with a ratified United States Treaty by a President of the United States and other persons represents a Criminal Conspiracy against the United States of America under 18 -U.S. Code -371 or Treason under 18 -U.S. Code 2381.

3. Whether the knowing and willful non-compliance with a ratified United States Treaty by a President of the United States and other persons resulting in the blocking of Otter Creek Trading Co Inc and Daniel L. Pohle's Constitutional Right to Due Process in a court with proper jurisdiction represents a Criminal Conspiracy to Violate the Constitutional Rights of another person under 18 U. S. Code 241.

4. Whether the Rooker -Feldman Doctrine can be constitutional if it has been used as a tool of fraud by the United States Department of Justice and the State of Indiana to moot the United Nations Convention on Contracts for the International Sale of Goods (CISG) signed by the United States of America and ninety-four other nations.

22

## PARTIES TO THE PROCEEDING

**The Petitioner is:** DANIEL L. POHLE, Owner and President of Otter Creek Trading Company Inc.

**The respondents to this petition are:**

MIKE PENCE, Former Governor of Indiana,

BARACK OBAMA, Former President of the United States

JOE BIDEN, Former vice-President of the United States

HILLARY CLINTON, Former Secretary of State

JOHN KERRY, Former Secretary of State

JOHN BRENNAN, Former Director of the C.I.A.

ROBERT MUELLER, Former Director of the FBI

JAMES COMEY, Former Director of the FBI

CHRISTOPHER WRAY, Current Director of the FBI

JOSHUA MINKLER, Former U.S. Attorney for the Southern District of Indiana

SIX UNKNOWN NAMED AGENTS of the United States Federal Government

THE HONORABLE CHIEF JUSTICE JOHN G ROBERTS,

*i??*

## STATEMENT OF RELATED PROCEEDINGS

### FEDERAL

Seventh Circuit Case No. 21-3351 —POHLE v
PENCE —July 25, 2022

APPENDIX - (A)

POHLE v PENCE -Southern District of Indiana
Case No. 4:20-cv-00139-SEB-DML

### STATE OF INDIANA

Indiana Supreme Court Case No.62 N.E.3d 1202
(Ind. 2016) Otter Creek Trading Co. v, PCM
ENVIRO PTY LTD

Indiana Court of Appeals Case No. 60 N.E.3d 217-
(2016)  Otter Creek Trading Co. v, PCM ENVIRO
PTY LTD

### JUDGEMENT

Jennings County Indiana Superior Court Case No.
40D01-1410-00049

PCM Enviro (Australia) v Otter Creek Trading Co
Inc and Daniel L Pohle (United States of America) --
Judgement Date June 17, 2015

APPENDIX - (B)

24

iv

# TABLE OF AUTHORITIES

THE UNITED STATES CONSTITUTION...............

THE UNITED STATES BILL OF RIGHTS..............

ARTICLE VI-2 --THE SUPREMACY CLAUSE.........

THE UNITED NATIONS CONVENTION ON THE
LAW OF TREATIES............................................

THE UNITED NATIONS CONVENTION ON
CONTRACTS FOR THE INTERNATIONAL SALE
OF GOODS...................................................

MISSOURI v HOLLAND...................................

BIVENS v SIX UNKNOWN NAMED AGENTS.......

42 U S CODE 1983..........................................

18 U S CODE 2381-----TREASON.........................

THE -2001 AUSTRALIAN CORPORATIONS ACT...

25

v

## TABLE OF CONTENTS

QUESTIONS FOR THE COURT.....................i

PARTIES TO THIS PROCEEDING.................ii

LIST OF PROCEEDINGS.............................iii

TABLE OF AUTHORITIES.........................iv

TABLE OF CONTENTS.............................V

PETITION FOR A WRIT OF CERTIORARI......1

INTRODUCTION......................................1

STANDARD OF REVIEW...........................2

FACTUAL BACKGROUND...........................2

ARGUMENT............................................6

REASON FOR GRANTING THE WRIT...........7

MOTIVE FOR KNOWING WILFULL . . . . . . .7

CONCLUSION ........................................9

TABLE OF APPENDICES...........................10

APENDIX –A..........................................11

APENDIX –B..........................................17

26

## PETITION FOR WRIT OF CERTIORARI

Pro Se Petitioner Daniel L Pohle, President and owner of Otter Creek Trading Co Inc located in Butlerville Indiana, respectfully petitions the court for a Writ of Certiorari to review the judgement of the Seventh Circuit Court of Appeals and to restore the United States Jurisdiction over International Treaties and The United States Bill of Rights.


## INTRODUCTION

Pohle v Pence may be the most important Civil Rights and Constitutional Question case of the 21st Century.

Both the United States Attorney General Merrick Garland and the United States Attorney for the Southern District of Indiana Zachary Myers are perpetrating a Fraud upon the Seventh Circuit Court by asking the court to ignore the Rule of Law and a self-executing International Treaty. As counsel for the federal defendants U. S. Attorney Zachary Myers appears to not understand that there is no statute of limitations on Jurisdiction or Civil Rights so getting Pohle v Pence dismissed will just result in another case involving the same Subject Matter being filed.

The Seventh Circuit in its decision unknowingly states very clearly Pohle's claims that Pohle v Pence

2

is a civil rights case about a Breach of Contract case
in Jennings County, Indiana between an Australian
Corporation, PCM ENVIRO PTY LTD and a United
States Corporation, OTTER CREEK TRADING
COMPANY INC.

The Seventh Circuit Court sees the United
Nations Convention on Contracts for the
International Sale of Goods but does not recognize it
as a binding self-executing International Treaty and
binding law.

The Seventh Circuit Court clearly does not realize
the collateral damage to the Petitioner or to the
United States of America rule of law.

### STANDARD OF REVIEW

Daniel L. Pohle submits this petition for serious
consideration De Novo.

### FACTUAL AND PROCEDURAL BACKGROUND

In 1986 Senator Joseph Robinette Biden Jr. was
one of the senators who voted to ratify The Vienna
Convention on Contracts for the International Sale
of Goods. On January 1, 1988 the Vienna
Convention on Contracts for the International Sale
of Goods (CISG) became federal law in the United
States of America under the Supremacy Clause,
Article VI-2 of the United States Constitution.

28

*3*

Ninety five countries are now parties to the
CISG Treaty including Australia. International
corporate contracts for the sale of goods are governed
by the CISG articles if the corporations are based in
countries that are parties to the CISG Treaty. CISG
Article 1-1(a).

In 2014 Mike Pence was the governor of Indiana
and Barak Obama was president of the United
States. Petitioner, Daniel L Pohle was debriefing the
United States Central Intelligence Agency as to the
United States national risk surrounding the Obama /
Biden Administration's pursuit of Blood Diamonds
with Robert Mugabe the Dictator of Zimbabwe who
was selling Uranium to North Korea.

In the summer of 2014 applicant's corporation
Otter Creek Trading Co Inc made an agreement to
sell a lead smelter containing intellectual property to
a family trust doing business as PCM ENVIRO
based in Melbourne, Australia. Australia is a party
to the CISG Treaty. The Australian's tried to ship
the smelter to a third party to be cloned which is a
federal crime in the United States. The United
States Department of Homeland Security was
informed. The third party hired an attorney to file a
breach of contract complaint on behalf of the
Australians. The international breach of contract
lawsuit was filed in Vernon, Indiana (population
220) in the Jennings County Superior Court with the
Plaintiff being PCM ENVIRO PTY LTD without an
Australian corporation number-(ACN) and the
defendant listed as Otter Creek Trading Co Inc and
Daniel L Pohle.

29

4

Petitioner, Daniel L Pohle as President of Otter
Creek Trading Co Inc has customers in more than
half of the countries that are parties to the CISG
Treaty and understands the CISG Treaty Articles
but the United States and Indiana courts have little
experience with International law.

The Australian Embassy confirmed that PCM
ENVIRO PTY LTD as written was not a legal
corporate identification without an ACN number and
could not receive payment without one. The embassy
also confirmed that PCM ENVIRO PTY LTD was a
shell and had never registered a business name
under which to do business.

OTTER CREEK filed motions with the Jennings
County Court for articles of incorporation of the
Australian corporation to confirm the Australian
plaintiff's identity but the small town judge got
offended and found Otter Creek Trading Company
Inc and Daniel L Pohle in default without a hearing.
There is not even an order finding Otter Creek
Trading Company Inc and Daniel L Pohle in default
but instead an order for a hearing to determine
damages. OTTER CREEK hired the only attorney
that would even get close to the mess. The attorney
filed a motion to correct errors that was denied
without comment. A hearing was held for damages
and a foreign national with a British accent and no
identification appeared for PCM ENVIRO PTY LTD
and claimed a loss of over one hundred and forty six
thousand dollars for not receiving the fifteen
thousand dollar machine and a related spare part.
The Judgement Order is (APPENDIX –B)

30

5

The county court judgement for the Australian shell company was appealed to the Indiana Court of Appeals that failed and then the Indiana Supreme Court refused transfer and proved that an International Ghost can win an international lawsuit in Indiana if Mike Pence is Governor.

There is no county court order finding Otter Creek Trading Company Inc and Daniel L Pohle in default but there is a judgement (APPENDIX –B) on file in the room where Pohle v Pence was filed that now totals with interest well over three hundred thousand dollars.

The attorneys have all given up with money in their pocket. The Pro Se Petitioner has not. In 2017 the petitioner bought a one way ticket to Australia and hired the prestigious KCL law firm in Melbourne. A fifty three page sworn affidavit provided enough evidence to clear the judgement in state court but it proved to be a waste of time.

2018 and 2019 were both wasted in Indiana State Court and Mike Pence was the Vice President of the United States with his thumb on the scales and the political world was impeaching Donald Trump.

United States Customs and Border Patrol, the Federal Bureau of Investigation, the Department of Homeland Security, The Indiana State Police and 3 Jennings County Sheriffs were brought in and viewed the equipment in storage but can do nothing without the United States Attorney for the Southern District of Indiana.

31

6

## ARGUMENT

In 1918 a situation arose in the state of Missouri that reached the Supreme Court of the United States in 1920 and established case law confirming that International Treaties Ratified and Signed by a President are Binding even when the treaty conflicts with state law.

Missouri v Holland was filed by the Attorney General of Missouri and answered by the Attorney General of the United States. The subject was migrating birds protected by four migrating bird treaties signed with Canada Mexico and other nations. The birds were not represented by counsel but now enjoy more protection under the United States Constitution while flying through United States air than Daniel L Pohle's two United States Chapter "C" Corporations registered in Indiana do under the United Nations Conventions.

With the case law of Missouri v Holland respondent Joshua Minkler, the U.S. Attorney for the Southern District of Indiana or now Zachary Myers current U.S. Attorney for the Southern District of Indiana could have filed a complaint in the Southern District of Indiana against the State of Indiana under the Supremacy Clause.

The United States must site The Anti-Injunctions Act of 1948- Exceptions 1. (Expressly Authorized by Congress) and 2. (To Preserve the Jurisdiction of the United States) to clean up PCM ENVIRO PTY LTD v OTTER CREEK TRADING INC judgement and establish case law for the 5000

32

7

state courts that do not have a clue as to how to react to matters governed by the United Nations Conventions on Contracts for the International Sale of Goods.... **The Rule of Law !**

## REASONS FOR GRANTING THE WRIT

A. To confirm that that public officials are only persons under the law and lose all immunity when violating federal statutes as they violate the Civil Rights of another person.

B. To avoid deprivations of rights to Due Process and Equal Protection.

C. To confirm; 42 U.S. Code 1983, BIVENS and POHLE v PENCE as remedies for the knowing willful violation of rights of persons by public officials while violating the United States Constitution.

## MOTIVE for KNOWING AND WILFULL

Comes now the Pro Se Petitioner to ask the Court to grant the writ to see and understand the entire "Knowing and Willful" aspect of Pohle v Pence.

The Petitioner has been in business for five decades and for the last several decades has provided Diamond Mining Equipment to criminals seeking Blood Diamonds in failing nations.

In 2012 the Petitioner had the distasteful experience of providing consulting and equipment to

33

## 8

an Obama / Biden / Chicago group to mine Blood Diamonds with Robert Mugabe in Zimbabwe.

The photo below is of the Petitioner washing a Diamond sample in the Save River at the Marange Diamond Field, Zimbabwe. The military detail was compliments of the Mugabe Obama Biden Diamond Cartel.



"Need to Know" is how "Sources and Methods" of gathering national security intelligence are protected in the United States and effective to the level that president Obama hired an "Intelligence Asset" to watch him commit Treason. The system broke down when the intelligence community became more loyal to the president than to the U.S. Constitution and seeks to destroy the Asset. So be it.

34

9

## CONCLUSION

POHLE v PENCE confirms that it is time for the Supreme Court of the United States to write the obituary of the Rooker-Feldman Doctrine because the doctrine has been successfully used as a tool of Fraud by the Attorney General of the United States Merrick Garland and the Attorney General of the State of Indiana Todd Rokita to conceal from the Seventh Circuit Court the federal jurisdiction of the United Nations Convention on Contracts for the International Sale of Goods and the Applicant's Right to be heard by a court with proper jurisdiction over said United Nations Convention on Contracts for the International Sale of Goods?

Attorney General Merrick Garland now has De Facto Veto Power over a Treaty signed by the United States and ninety four other nations. Is NATO next?

The Supreme Court must grant this petition to restore the Rule of Law in the United States of America,

*Daniel L Pohle*

Daniel L Pohle                           February 2 2023

1280 North County Road 500 East
Butlerville, Indiana 47223
(812) 873 6349
Pro Se Petitioner

35

*10*

## TABLE OF APPENDICES

### APPENDIX A

THE OPINION OF THE UNITED STATES
COURT OF APPEALS FOR THE SEVENTH
CIRCUIT, dated JULY 25, 2022

### APPENDIX B

THE JUDGEMENT FOR INTERNATIONAL
BREACH OF CONTRACT IN THE JENNINGS
COUNTY, INDIANA SUPERIOR COURT dated
JUNE 17, 2015

36

*] ]*

App, A

United States Court of Appeals
for the Seventh Circuit

.................................
No.21-3351

DANIEL L. POHLE

Plaintiff—Appellant,

Versus

MICHAEL PENCE, et al.,

Defendant—Appellee,

.........................................................................

Appeal from the United States District Court for the
Southern District of Indiana USDC No. 4:20-CV-139

.........................................................................

(Filed July 20, 2022)

Before BRENNAN, SCUDDER, and KIRSCH II

...........................

ORDER

Daniel Pohle sued several high-ranking government
officials alleging that they violated his rights by
conspiring against him and allowing an allegedly
wrongful state court decision to stand. The district
court dismissed the suit for lack of jurisdiction under
the Rooker-Feldman doctrine, as well as reasoned in

*37*

12

the alternative that Pohle failed to state a claim upon which relief could be granted. We agree with the district court that dismissal was proper, so we affirm.

Decided without a hearing July 25, 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

DANIEL L. POHLE,                          )
                                          )
            Plaintiff,                    )
                                          )
      v.                                  )       No. 4:20-cv-00139-SEB-DML
                                          )
MIKE PENCE, et al.                        )
                                          )
            Defendants.                   )

**JUDGMENT**

The Court having this day made its Entry directing the entry of final judgment, the

Court now enters FINAL JUDGMENT. The action is dismissed for lack of jurisdiction.

Date:  ___2/22/2021___                    _Sarah Evans Barker_
                                          SARAH EVANS BARKER, JUDGE
                                          United States District Court
                                          Southern District of Indiana

1

39

*/ 3*

App, B

Jennings County Indiana Superior Court
Case No. 40D01-1410-MI-000049

PCM ENVIRO PTY LTD,
.Plaintiff

vs

OTTER CREEK TRADING CO INC.,
DANIEL L. POHLE, individually
Defendants

................................................................

JUDGEMENT FOR DAMAGES
. AND ORDER ON ALL PENDING MOTIONS

Line-4.------PCM is an Australian company.....

Line-33.....

IT IS THERFORE ORDERED, ADJUDGED, AND
DECREED that PCM Enviro PTY LTD, is awarded a
judgement in the amount of One Hundred Forty-Six
Thousand Five Hundred Thirty-Seven and 80/100
Dollars ($146,537.80) against the defendants Otter
Creek Trading Co Inc and Daniel L. Pohle. This
judgement shall bear interest at a statutory rate of
8% per year.

SO ORDERED: June 17, 2015

Matthew D Bailey---Special Judge

*40*

14

## App. - C

### Motive

### The Mugabe, Obama, Biden Diamond Cartel

The worst kept secret in sub-Saharan Africa.
Cartoon in Zimbabwe newspaper below.



41